IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                     No. 10-cr-30165-DRH

REGINALD M. BROWN,

    Defendant.

## ORDER

**HERNDON, Chief Judge:**

    Now before the Court is defendant Reginald M. Brown's motion to continue the sentencing hearing (Doc. 29) currently set for December 2, 2011. Defendant indicates additional time is needed for preparation of the presentence investigation report. For the reasons stated in the motion, the Court GRANTS the motion. The Court CONTINUES the sentencing hearing to Friday, January 13, 2012, at 10:00 a.m.

    **IT IS SO ORDERED.**

    Signed this 18th day of October, 2011.

Digitally signed by David R. Herndon
Date: 2011.10.18 14:59:46 -05'00'

                                                             **Chief Judge**
                                                             **United States District Court**